# United States District Court

## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| KIN-YIP CHUN, Individually and on Behalf of All Others Similarly Situated, | § § § | |
| Plaintiff, | § § § | Civil Action No. 3:18-cv-01338-S |
| vs. | § § | CLASS ACTION |
| FLUOR CORPORATION, et al., | § § | |
| Defendants. | § § § § | |

## AGREED~~-TO~~ /CAS ORDER APPOINTING LEAD PLAINTIFF AND LEAD COUNSEL

On July 24, 2018, Wayne County Employees' Retirement System ("Wayne County ERS"), the Town of Fairfield Employees' Retirement Plan and the Town of Fairfield Police and Firemen's Retirement Plan (the "Fairfield Funds"), Thomas French, Jr., and Patrick Mehew timely filed motions for appointment as lead plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA").[1]  While Wayne County ERS asserted the largest first-in-first-out (FIFO) loss, the Fairfield Funds collectively asserted the largest last-in-first-out (LIFO) loss. Both Wayne County ERS and the Fairfield Funds made a *prima facie* showing that they satisfy the Rule 23 requirements.

At the December 6, 2018, hearing on the fully briefed motions, the Court urged counsel for Wayne County ERS and the Fairfield Funds to meet and confer regarding potential resolution of their motions, which they did.  After reviewing the motions and discussing the leadership of this case with counsel for Wayne County ERS and the Fairfield Funds at the hearing, the Court hereby ORDERS, pursuant to 15 U.S.C. §78u-4(a)(3)(B), that Wayne County ERS and the Fairfield Funds

---

[1]    Mr. Mehew subsequently withdrew his motion (ECF No. 37) and Mr. French filed a Notice of Non-Opposition to the competing motions (ECF No. 19).

satisfy the PSLRA requirements and are therefore appointed Lead Plaintiff, Robbins Geller Rudman & Dowd LLP and Pomerantz LLP are appointed Lead Counsel, and Kendall Law Group, PLLC and The Briscoe Law Firm, PLLC are appointed Local Counsel.

**SO ORDERED.**

SIGNED December _10_, 2018

**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**

AGREED TO BY:

KENDALL LAW GROUP, PLLC
JOE KENDALL (Texas Bar No. 11260700)
JAMIE J. McKEY (Texas Bar No.
24045262)

_____s/ Joe Kendall_____
JOE KENDALL

3811 Turtle Creek Blvd., Suite 1450
Dallas, TX  75219
Telephone:  214/744-3000
214/744-3015 (fax)
jkendall@kendalllawgroup.com
jmckey@kendalllawgroup.com

Local Counsel for Wayne County
Employees' Retirement System


ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIELLE S. MYERS
MICHAEL ALBERT
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
malbert@rgrdlaw.com


[Proposed] Lead Counsel for Wayne County
Employees' Retirement System

THE BRISCOE LAW FIRM, PLLC
WILLIE C. BRISCOE (Texas Bar No.
24001788)

_____s/ Willie C. Briscoe_____
WILLIE C. BRISCOE

3131 McKinney Ave., Suite 600
Dallas, TX  75204
Telephone:  214/643-6011
281-254-7789 (fax)
wbriscoe@thebriscoelawfirm.com


Local Counsel for The Town of Fairfield
Employees' Retirement Plan and the Town of
Fairfield Police and Firemen's Retirement
Plan


POMERANTZ LLP
JEREMY A. LIEBERMAN
MATTHEW L. TUCCILLO
J. ALEXANDER HOOD II
600 Third Avenue, 20th Floor
New York, NY  10016
Telephone:  212/661-1100
212/661-8665 (fax)
jalieberman@pomlaw.com
mltuccillo@pomlaw.com
ahood@pomlaw.com

.

VANOVERBEKE, MICHAUD &
TIMMONY, P.C.
THOMAS C. MICHAUD
79 Alfred Street
Detroit, MI  48201
Telephone:  313/578-1200
313/578-1201 (fax)
tmichaud@vmtlaw.com

Additional Counsel for Wayne County
Employees' Retirement System

POMERANTZ LLP
PATRICK V. DAHLSTROM
Ten South LaSalle Street, Suite 3505
Chicago, IL  60603
Telephone:  312/377-1181
312/377-1184 (fax)
pdahlstrom@pomlaw.com

[Proposed] Lead Counsel for The Town of
Fairfield Employees' Retirement Plan and the
Town of Fairfield Police and Firemen's
Retirement Plan