UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| KIN-YIP CHUN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>FLUOR CORPORATION, DAVID T. SEATON, BIGGS C. PORTER, BRUCE A. STANSKI, MATTHEW McSORLEY, and GARY G. SMALLEY,<br><br>Defendants. | Case No. 3:18-cv-01338-X<br><br>CLASS ACTION |

**STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE AND PAGE LIMITATIONS**

WHEREAS, on April 2, 2020, Lead Plaintiffs Wayne County Employees' Retirement System, the Town of Fairfield Employees' Retirement Plan, and the Town of Fairfield Police and Firemen's Retirement Plan (collectively, "Lead Plaintiffs") filed their 174-page First Amended Consolidated Complaint (Dkt. No. 90) ("FACC");

WHEREAS, Defendants, including those newly named, require time to adequately evaluate the FACC and its allegations before moving to dismiss;

WHEREAS, the prior motion to dismiss consumed over 100 pages of primary briefing, plus supporting appendices, exhibits, and motion papers regarding judicial notice;

WHEREAS, all parties and counsel, as well as the Court, are impacted by the ongoing coronavirus pandemic;

1

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by counsel for the parties below, that:

1.  Defendants shall move to dismiss the FACC on or before July 1, 2020, which is 90 days after the date of the FACC's filing on April 2, 2020.  Defendants' motion and supporting brief shall not exceed fifty pages, excluding the table of contents and table of authorities.

2.  Plaintiffs' opposition to Defendants' motion to dismiss shall be filed on or before September 29, 2020, which is 90 days after such motion is filed.  Plaintiffs' opposition shall not exceed fifty pages, excluding the table of contents and table of authorities.

3.  Defendants' reply in support of such motion shall be filed on or before November 13, 2020, which is 45 days after the opposition is filed.  Defendants' reply shall not exceed twenty-five pages, excluding the table of contents and table of authorities.

IT IS SO ORDERED.

DATED:  April _____, 2020

_____
THE HONORABLE BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

DATED:  April 6, 2020

ROBBINS GELLER RUDMAN
  & DOWD LLP
DARRYL J. ALVARADO
KEVIN S. SCIARANI
J. MARCO JANOSKI GRAY

　　　　　　　　/s/ DARRYL J. ALVARADO　　　　
　　　　　　　　　　DARRYL J. ALVARADO

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dalvarado@rgrdlaw.com
ksciarani@rgrdlaw.com
mjanoski@rgrdlaw.com


POMERANTZ LLP
JEREMY A. LIEBERMAN
MATTHEW L. TUCCILLO
J. ALEXANDER HOOD II
JENNIFER BANNER SOBERS

           */s/* MATTHEW L. TUCCILLO
             MATTHEW L. TUCCILLO

600 Third Avenue, 20th Floor
New York, NY  10016
Telephone:  212/661-1100
212/661-8665 (fax)
jalieberman@pomlaw.com
mltuccillo@pomlaw.com
ahood@pomlaw.com
jsobers@pomlaw.com

POMERANTZ LLP
PATRICK V. DAHLSTROM
Ten South LaSalle Street, Suite 3505
Chicago, IL  60603
Telephone:  312/377-1181
312/377-1184 (fax)
pdahlstrom@pomlaw.com

Lead Counsel for Lead Plaintiffs

KENDALL LAW GROUP, PLLC
JOE KENDALL (Texas Bar No. 11260700)
3811 Turtle Creek Blvd., Suite 1450
Dallas, TX  75219
Telephone:  214/744-3000
214/744-3015 (fax)
jkendall@kendalllawgroup.com

Local Counsel for Wayne County Employees' Retirement System

VANOVERBEKE, MICHAUD & TIMMONY, P.C.
THOMAS C. MICHAUD
79 Alfred Street
Detroit, MI  48201
Telephone:  313/578-1200
313/578-1201 (fax)
tmichaud@vmtlaw.com

Additional Counsel for Wayne County Employees' Retirement System

THE BRISCOE LAW FIRM, PLLC
WILLIE C. BRISCOE (Texas Bar No. 24001788)
3131 McKinney Avenue, Suite 600
Dallas, TX  75204
Telephone:  214/643-6011
281/254-7789 (fax)
wbriscoe@thebriscoelawfirm.com

Local Counsel for the Town of Fairfield Employees' Retirement Plan and the Town of Fairfield Police and Firemen's Retirement Plan


GIBSON DUNN & CRUTCHER LLP
ROBERT C. WALTERS (Texas Bar No. 20820300)
MICHAEL L. RAIFF (Texas Bar No. 00784803)

     /S/ MICHAEL L. RAIFF
       MICHAEL L. RAIFF

2100 McKinney Avenue, Suite 1100
Dallas, TX  75201
Telephone:  (214) 598-3100
Facsimile:  (214) 571-2927
rwalters@gibsondunn.com
mraiff@gibsondunn.com

GIBSON DUNN & CRUTCHER LLP
Lissa M. Percopo (admitted *pro hac vice*)
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036
Telephone: (202) 887-3770

                                                               Facsimile:  (202) 530-9528
                                                               lpercopo@gibsondunn.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

This is to certify that on April 6, 2020, I have filed the above and foregoing on the Court's CM/ECF electronic filing system, and that by virtue of this filing, all attorneys of record will be served electronically with true and exact copies of this filing.

*/s/ Darryl J. Alvarado*
Darryl J. Alvarado
