UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| KIN-YIP CHUN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>FLUOR CORPORATION, et al.,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 3:18-cv-01338-X<br><br>CLASS ACTION |

**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO SUPPLEMENT OR, IN THE ALTERNATIVE, AMEND THE FIRST AMENDED CONSOLIDATED COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS**

Cases\4847-4000-4304.v1-10/29/20

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that Wayne County Employees' Retirement System, the Town of Fairfield Employees' Retirement Plan, and the Town of Fairfield Police and Firemen's Retirement Plan (together, "Lead Plaintiffs"), by and through their counsel, will and do hereby move this Court, pursuant to LR 7.1, for the entry of an Order granting their motion to supplement or, in the alternative, amend the First Amended Consolidated Complaint for Violation of the Federal Securities Laws.  In support of their motion, Lead Plaintiffs respectfully submit herewith the accompanying Memorandum of Law and exhibits thereto and Proposed Order.

DATED:  October 29, 2020

KENDALL LAW GROUP, PLLC
JOE KENDALL (Texas Bar No. 11260700)

_____
          /s/ Joe Kendall
            JOE KENDALL

3811 Turtle Creek Blvd., Suite 1450
Dallas, TX  75219
Telephone:  214/744-3000
214/744-3015 (fax)
jkendall@kendalllawgroup.com

Local Counsel for Wayne County Employees'
Retirement System

ROBBINS GELLER RUDMAN
  & DOWD LLP
DARRYL J. ALVARADO
KEVIN S. SCIARANI
J. MARCO JANOSKI GRAY
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dalvarado@rgrdlaw.com
ksciarani@rgrdlaw.com
mjanoski@rgrdlaw.com

- 1 -

POMERANTZ LLP
JEREMY A. LIEBERMAN
MATTHEW L. TUCCILLO
J. ALEXANDER HOOD II
JENNIFER BANNER SOBERS
600 Third Avenue, 20th Floor
New York, NY  10016
Telephone:  212/661-1100
212/661-8665 (fax)
jalieberman@pomlaw.com
mltuccillo@pomlaw.com
ahood@pomlaw.com
jsobers@pomlaw.com

POMERANTZ LLP
PATRICK V. DAHLSTROM
Ten South LaSalle Street, Suite 3505
Chicago, IL  60603
Telephone:  312/377-1181
312/377-1184 (fax)
pdahlstrom@pomlaw.com

Lead Counsel for Lead Plaintiffs

VANOVERBEKE, MICHAUD & TIMMONY, P.C.
THOMAS C. MICHAUD
79 Alfred Street
Detroit, MI  48201
Telephone:  313/578-1200
313/578-1201 (fax)
tmichaud@vmtlaw.com

Additional Counsel for Wayne County Employees'
Retirement System

THE BRISCOE LAW FIRM, PLLC
WILLIE C. BRISCOE (Texas Bar No. 24001788)
3131 McKinney Avenue, Suite 600
Dallas, TX  75204
Telephone:  214/643-6011
281/254-7789 (fax)
wbriscoe@thebriscoelawfirm.com

Local Counsel for the Town of Fairfield Employees'
Retirement Plan and the Town of Fairfield Police and
Firemen's Retirement Plan

- 2 -

## CERTIFICATE OF SERVICE

This is to certify that on October 29, 2020, I have filed the above and foregoing on the

Court's CM/ECF electronic filing system, and that by virtue of this filing, all attorneys of record will

be served electronically with true and exact copies of this filing.

*/s/* Joe Kendall

JOE KENDALL

## CERTIFICATE OF CONFERENCE

Counsel for Lead Plaintiffs conferred via e-mail with counsel for Defendants on October 28,

2020 and October 29, 2020.  Counsel for Defendants, having previously indicated their opposition to

a second amendment (*see* ECF No. 121), indicated that they continue to oppose such amendment and

do not consent to Lead Plaintiffs' motion.

*/s/* Darryl J. Alvarado

DARRYL J. ALVARADO

Cases\4847-4000-4304.v1-10/29/20