UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| KIN-YIP CHUN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>FLUOR CORPORATION, et al.,<br><br>Defendants. | §<br>§<br>§<br>§ Civil Action No. 3:18-cv-01338-X<br>§<br>§ <u>CLASS ACTION</u><br>§<br>§<br>§<br>§<br>§ |

**<u>DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION TO SUPPLEMENT OR AMEND</u>**

Defendants respectfully seek an extension of time, from November 19, 2020, to December 14, 2020, for filing a response to Plaintiffs' Motion to Supplement or, in the Alternative, Amend the First Amended Consolidated Complaint (Dkt. 130) ("Motion to Amend"). With this extension, Defendants' deadline for responding to Plaintiffs' Motion to Amend will be the same date as Defendants' deadline for filing their reply in support of their Motion to Dismiss ("Reply").

Defendants request this extension because of the substantial overlap between Defendants' forthcoming Reply and their opposition to Plaintiffs' Motion to Amend. Plaintiffs move to supplement or amend based on Fluor's financial restatement, and they also seek judicial notice of Fluor's financial restatement as part of their opposition to the Motion to Dismiss. Because Defendants need to respond to Plaintiffs' arguments related to Fluor's financial restatement in both filings, it would be much more efficient for Defendants to file those responses at the same time. Additionally, Defendants anticipate arguing that Plaintiffs' Motion to Amend should be denied, at least in part, based on futility, which courts in this District have recognized overlaps with the merits

that are to be considered on a motion to dismiss. *See Reyes v. Topgolf Int'l, Inc.*, 2018 WL 704734, *4 (N.D. Tex. Feb. 5, 2018).

Counsel for Defendants have conferred with counsel for Plaintiffs, who indicated they do not oppose Defendant's extension motion provided that Plaintiffs' deadline for filing their reply in support of the Motion to Amend is also extended, from December 28, 2020, to January 8, 2021, in light of the holiday period. Defendants are not opposed to that request.

Accordingly, Defendants respectfully request that the Court set December 14, 2020, as the deadline for Defendants to respond to Plaintiffs' Motion to Amend, and set January 8, 2021, as the deadline for Plaintiffs to file their reply in support of their Motion to Amend.

DATED:  November 16, 2020　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　*/s/ Michael L. Raiff*　　　　　　　　　
　　　　　　　　　　　　　　　　　　Robert C. Walters
　　　　　　　　　　　　　　　　　　　Texas Bar No. 20820300
　　　　　　　　　　　　　　　　　　Michael L. Raiff
　　　　　　　　　　　　　　　　　　　Texas Bar No. 00784803
　　　　　　　　　　　　　　　　　　GIBSON, DUNN & CRUTCHER LLP
　　　　　　　　　　　　　　　　　　2001 Ross Avenue, Suite 2100
　　　　　　　　　　　　　　　　　　Dallas, Texas 75201
　　　　　　　　　　　　　　　　　　Telephone: 214.698.3350
　　　　　　　　　　　　　　　　　　Facsimile: 214.571.2927
　　　　　　　　　　　　　　　　　　RWalters@gibsondunn.com
　　　　　　　　　　　　　　　　　　MRaiff@gibsondunn.com

　　　　　　　　　　　　　　　　　　Brian M. Lutz (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　GIBSON, DUNN & CRUTCHER LLP
　　　　　　　　　　　　　　　　　　555 Mission Street, Suite 3000
　　　　　　　　　　　　　　　　　　San Francisco, CA  94105-0921
　　　　　　　　　　　　　　　　　　Telephone: 415.393.8200
　　　　　　　　　　　　　　　　　　Facsimile: 415.374.8474
　　　　　　　　　　　　　　　　　　BLutz@gibsondunn.com

　　　　　　　　　　　　　　　　　　Lissa M. Percopo (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　GIBSON, DUNN & CRUTCHER LLP
　　　　　　　　　　　　　　　　　　1050 Connecticut Ave., N.W.
　　　　　　　　　　　　　　　　　　Washington, D.C. 20036
　　　　　　　　　　　　　　　　　　Telephone: 202.887.3770
　　　　　　　　　　　　　　　　　　Facsimile: 202.530.9528
　　　　　　　　　　　　　　　　　　LPercopo@gibsondunn.com

　　　　　　　　　　　　　　　　　　COUNSEL FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of November, 2020, the foregoing document was filed using the Court's CM/ECF system. In addition, (1) the filing is available for viewing and downloading via the CM/ECF system, and (2) the CM/ECF system will send notification of this filing to all attorneys of record who have registered for CM/ECF updates.

/s/ *Michael L. Raiff*
Michael L. Raiff

## CERTIFICATE OF CONFERENCE

Lissa Percopo, counsel for Defendants, conferred with Darryl Alvarado, counsel for Lead Plaintiffs, on November 11, 2020, via email. Plaintiffs informed Defendants that they do not oppose Defendants' request for an extension provided that Plaintiffs' reply brief deadline is extended to January 8, 2021.

/s/ *Michael L. Raiff*
Michael L. Raiff
