

**Matthew Tuccillo**
Partner

June 1, 2021

**Via ECF**

Hon. Brantley Starr
United States District Judge
United States District Court
Northern District of Texas
1100 Commerce Street, Room 1528
Dallas, TX 75242

    Re:    *Chun v. Fluor Corp., et al.*, Case No. 3:18-cv-01338-X

Dear Judge Starr:

    I write as Court-appointed Co-Lead Counsel in the above-captioned securities class action matter on behalf of all parties to respectfully request a docket Order staying all deadlines until August 19, 2021, to accommodate the parties' efforts at a potential resolution.

    Recently, Your Honor granted in part and denied in part Defendants' second motion to dismiss. *See* Order of May 5, 2021 (Dkt. No. 140). Thereafter, Your Honor ordered the parties to meet and confer regarding both a proposed scheduling and discovery order and potential settlement. *See* Order of May 24, 2021 (Dkt. No. 142). That Order set a deadline of July 19, 2021, for the parties to submit their proposal.

    The parties have conferred and believe, in accordance with the Court's guidance and direction, that a private mediation would be productive at this juncture. The parties are in the process of selecting a mutually acceptable mediator, at which point they will schedule a mediation, with customary antecedent steps and written submissions. Counsel for the parties have various professional and personal conflicts during July 2021. As such, the parties expect that a mediation process will extend into mid-August 2021.

    Given the foregoing, the parties respectfully request that the Court enter a docket order staying all deadlines in the above-captioned matter until August 19, 2021, at which point the parties will provide the Court with an update as to their resolution efforts.

    Respectfully submitted,

    Matthew L. Tuccillo

600 Third Avenue, New York, New York 10016   tel: 212.661.1100   www.pomerantzlaw.com

NEW YORK    CHICAGO    LOS ANGELES    PARIS