UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| KIN-YIP CHUN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>FLUOR CORPORATION, et al.,<br><br>Defendants. | § § § § § § § § § § § | Civil Action No. 3:18-cv-01338-X<br><br><u>CLASS ACTION</u> |

**APPENDIX IN SUPPORT OF LEAD PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AND NOTICE TO THE SETTLEMENT CLASS**

Lead Plaintiffs respectfully submit the following Appendix in Support of Lead Plaintiffs' Unopposed Motion for Preliminary Approval of Settlement and Notice to the Settlement Class.

| Exhibit | DOCUMENT | PAGES |
|---|---|---|
| | Stipulation of Settlement | App. 1 – App. 42 |
| A | [Proposed] Order Preliminarily Approving Settlement and Providing for Notice | App. 43 – App. 59 |
| B1 | Long-Form Notice | App. 60 – App. 84 |
| B2 | Short-Form Notice | App. 85 – App. 87 |
| C | Publication Notice | App. 88 – App. 91 |
| D | Proof of Claim and Release Form | App. 92 – App. 100 |
| E | [Proposed] Order and Final Judgment | App. 101 – App. 113 |

DATED: March 31, 2022

Respectfully submitted,

KENDALL LAW GROUP, PLLC
JOE KENDALL (Texas Bar No. 11260700)

*/s/ Joe Kendall*
JOE KENDALL

3811 Turtle Creek Blvd., Suite 1450
Dallas, TX 75219
Telephone: 214/744-3000
214/744-3015 (fax)
jkendall@kendalllawgroup.com

Local Counsel for Wayne County Employees' Retirement System

ROBBINS GELLER RUDMAN
& DOWD LLP
ELLEN GUSIKOFF STEWART
DARRYL J. ALVARADO
KEVIN S. SCIARANI
J. MARCO JANOSKI GRAY
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
elleng@rgrdlaw.com
dalvarado@rgrdlaw.com
ksciarani@rgrdlaw.com
mjanoski@rgrdlaw.com

DATED: March 31, 2022

POMERANTZ LLP
JEREMY A. LIEBERMAN
MATTHEW L. TUCCILLO
J. ALEXANDER HOOD II
JENNIFER BANNER SOBERS

*/s/ Matthew L. Tuccillo*
MATTHEW L. TUCCILLO

600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: 212/661-1100
212/661-8665 (fax)
jalieberman@pomlaw.com
mltuccillo@pomlaw.com
ahood@pomlaw.com
jsobers@pomlaw.com

POMERANTZ LLP
PATRICK V. DAHLSTROM
Ten South LaSalle Street, Suite 3505
Chicago, IL 60603
Telephone: 312/377-1181
312/377-1184 (fax)
pdahlstrom@pomlaw.com

Lead Counsel for Lead Plaintiffs

VANOVERBEKE, MICHAUD & TIMMONY, P.C.
THOMAS C. MICHAUD
79 Alfred Street
Detroit, MI 48201
Telephone: 313/578-1200
313/578-1201 (fax)
tmichaud@vmtlaw.com

Additional Counsel for Wayne County Employees' Retirement System

THE BRISCOE LAW FIRM, PLLC
WILLIE C. BRISCOE (Texas Bar No. 24001788)
3131 McKinney Avenue, Suite 600
Dallas, TX 75204
Telephone: 214/643-6011
281/254-7789 (fax)
wbriscoe@thebriscoelawfirm.com

Local Counsel for the Town of Fairfield Employees' Retirement Plan and the Town of Fairfield Police and Firemen's Retirement Plan

**CERTIFICATE OF SERVICE**

This is to certify that on March 31, 2022, I have filed the above and foregoing on the Court's CM/ECF electronic filing system, and that by virtue of this filing, all attorneys of record will be served electronically with true and exact copies of this filing.

*/s/ Joe Kendall*
JOE KENDALL