UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| KIN-YIP CHUN, Individually and on Behalf of All Others Similarly Situated,<br><br>                  Plaintiff,<br><br>vs.<br><br>FLUOR CORPORATION, et al.,<br><br>                  Defendants. | Civil Action No. 3:18-cv-01338-X<br><br><u>CLASS ACTION</u> |

## DECLARATION OF MICHAEL L. RAIFF

I, Michael L. Raiff, state that I have personal knowledge of the facts set forth herein, that I am competent to testify, and if called to testify would state as follows:

1. I am a partner with the law firm of Gibson, Dunn & Crutcher LLP. I represent Defendants Fluor Corporation, David T. Seaton, Biggs C. Porter, Bruce A. Stanski, Matthew McSorley, Gary G. Smalley, Carlos M. Hernandez, D. Michael Steuert, and Robin K. Chopra (collectively, "Defendants") in this matter.

2. Pursuant to paragraph 9.6 of the parties' Stipulation of Settlement (Dkt. No. 159-1), I submit this Declaration detailing Defendants' compliance with the notice requirements of the Class Action Fairness Act, 28 U.S.C. § 1711, *et seq*. ("CAFA").

3. On April 7, 2022, personnel at my law firm, working at my direction, caused the letter attached hereto as **Exhibit A** ("CAFA Notice") to be sent to the Attorney General of the United States via certified mail, return receipt requested, providing notice of the proposed settlement in this action in accordance with 28 U.S.C.§ 1715. Substantively similar CAFA Notices were also sent to the attorneys general of all U.S. states and territories or their designated

representatives (modifying only the addressee information). At the Court's request, a copy of each individual CAFA Notice that was sent can be provided.

4. Attached hereto as **Exhibit B** is a list of the recipients to whom the CAFA Notices were sent, including the tracking number provided for each CAFA Notice.

5. Pursuant to 28 U.S.C. § 1715(b), the CAFA Notices enclosed copies of: the complaints filed in this action (Dkt. Nos. 1, 47, 90); the orders dismissing in full or in part Plaintiffs' complaints (Dkt. Nos. 89, 140); the motion for preliminary approval of the settlement (Dkt. No. 158); and the documents filed in conjunction with the motion for preliminary approval of the settlement, including the stipulation of settlement (Dkt. No. 159-1), the proposed order to preliminarily approve the settlement (Dkt. No. 159-2), the proposed notices for the proposed settlement (Dkt. Nos. 159-3, 159-4, 159-5), the proposed proof of claim and release form (Dkt. No. 159-6), and the proposed final order and judgment (Dkt. No. 159-7). The CAFA Notices also provided notice that at this time a complete list of putative class members does not exist, and that Defendants do not at present have information to estimate the number of putative class members residing in each state.

6. As of the time of filing this Declaration, I have not received a response from any recipients of the CAFA Notices.

7. To the best of my knowledge, Defendants have fully complied with CAFA and have satisfied all of their obligations thereunder.

I declare under penalty of perjury that the foregoing statements are true and correct. Executed on April 11, 2022, in Dallas, Texas.

*/s/ Michael L. Raiff*
Michael L. Raiff

## CERTIFICATE OF SERVICE

      I hereby certify that on the 11th day of April, 2022, the foregoing document was filed using the Court's CM/ECF system. In addition, (1) the filing is available for viewing and downloading via the CM/ECF system, and (2) the CM/ECF system will send notification of this filing to all attorneys of record who have registered for CM/ECF updates.

      /s/ *Michael L. Raiff*
      Michael L. Raiff